No. 1104. ANDERSON, RECEIVER, *v.* YUNGKAU, EXECUTOR, ET AL. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Robert S. Marx, Frank E. Wood* and *Harry Kasfir* for petitioner. *George W. Luedeke* for Sandifer, and *LeWright Browning* for Geiger et al., respondents.

No. 1088. SECURITIES & EXCHANGE COMMISSION *v.* CHENERY CORPORATION ET AL.; and

No. 1089. SECURITIES & EXCHANGE COMMISSION *v.* FEDERAL WATER & GAS CORP. May 13, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Solicitor General McGrath* and *Roger S. Foster* for petitioner. *Spencer Gordon* and *Charles A. Horsky* for the Chenery Corporation et al., and *Allen S. Hubbard* for the Federal Water & Gas Corp., respondents.

No. 914. UNITED STATES *v.* SHERIDAN. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General McGrath* for the United States. Respondent *pro se.*